388

Misc. No. 12–8034/AR. Kesha R. Conner, Appellant v. United States, Appellee. CCA 20120761. On consideration of the motion for a stay of proceedings, the motion to expedite a decision on the stay of proceedings, and the writ-appeal petition, it is ordered that the motion to expedite a decision on the stay of proceedings is granted; the motion to stay proceedings is hereby denied; and the writ-appeal petition is hereby denied without prejudice.

No. 12–0569/NA. U.S. v. Jason K. Kennedy. CCA 201100624. Appellee's motion for leave to file the answer letter out of time is hereby denied.

No. 12–0697/AF. U.S. v. Timothy M. Bazar. CCA 37548. Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to September 17, 2012.

